[Cite as *12/31/2002 Case Announcements,* 2002-Ohio-7301.]

# CASE ANNOUNCEMENTS AND ADMINISTRATIVE ACTIONS

*December 31, 2002*

## MOTION AND PROCEDURAL RULINGS

**2002–1604.   State v. Jackson.**
Allen C.P. No. CR20020011. Upon consideration of appellant's motion for stay of execution of sentence pending disposition of this appeal,

IT IS ORDERED that the motion be, and hereby is, granted, pending further order of this court.

## MISCELLANEOUS DISMISSALS

**2002–1542.   State ex rel. Ramirez–Garcia v. Pagan.**
In Mandamus. This cause originated in this court on the filing of a complaint for a writ of mandamus. Upon consideration of relator's response to the show-cause order issued by this court on November 25, 2002,

IT IS ORDERED by the court, sua sponte, that this cause be, and hereby is, dismissed.

[Cite as *12/31/2002 Case Announcements #2,* 2002-Ohio-7367.]

# CASE ANNOUNCEMENTS AND ADMINISTRATIVE ACTIONS

*December 31, 2002*

## MOTION AND PROCEDURAL RULINGS

**2002–1841.   State ex rel. Kroger Co. v. Robinette.**
Franklin App. No. 01AP–1319, 2002-Ohio-4777. This cause is pending before the court as an appeal from the Court of Appeals for Franklin County. Upon consideration of appellant's motion to stay briefing schedule to pursue settlement pursuant to S.Ct.Prac.R. XIV(6)(C),

IT IS ORDERED by the court that the motion for stay be, and hereby is, granted and appellant's brief shall be filed on or before January 29, 2003.